STATE of Wisconsin, Plaintiff-Respondent,

v.

Jay YOUNG, Defendant-Appellant-Petitioner.

Supreme Court

*No. 93–0387–CR.  Oral argument November 10, 1994.—Decided March 14, 1995.*

(Also reported in 528 N.W.2d 417.)

For the defendant-appellant-petitioner there was a brief by *Michael J. Steinle* and *Law Office of Michael J. Steinle,* Milwaukee and oral argument by *Michael J. Steinle.*

For the plaintiff-respondent the cause was argued by *Marguerite M. Moeller,* assistant attorney general, with whom on the brief was *James E. Doyle.*

PER CURIAM. The court is equally divided on the question of whether to affirm or reverse the decision of the court of appeals. Justice DAY, Justice STEINMETZ, and Justice WILCOX would affirm; Chief Justice HEFFERNAN, Justice ABRAHAMSON, and Justice BABLITCH would reverse. Justice GESKE withdrew from participation.

Accordingly, the decision of the court of appeals is affirmed.

*By the Court.*—The decision of the court of appeals is affirmed.